UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEAVON PIERCE,

       Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS; LANCASTER STATE
PRISON,

       Defendants.

_____/

No. C-15-1035 EMC (pr)

**ORDER OF DISMISSAL**

Plaintiff, a prisoner at the California State Prison - Corcoran, filed this civil action on March 5, 2015.  Plaintiff filed a document entitled "request matters to be closed without prejudice for lack of jurisdiction," Docket # 4, in which he stated that the matter should be closed because it was a duplicate of a case he had filed in the Eastern District of California.  Plaintiff's request is construed to be a request for a voluntary dismissal and is **GRANTED**.  Docket # 4.  This action is dismissed without prejudice.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: April 21, 2015

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California